1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defenders
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOHN G. LARA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )    NO.  1:12-cr-00298 AWI-DLB
                                        )
12              Plaintiff,              )    STIPULATION AND ORDER TO MODIFY
                                        )    CONDITIONS OF RELEASE
13        v.                            )
                                        )
14  JOHN G. LARA,                       )
                                        )
15              Defendant.              )    Judge: Hon. Sheila K. Oberto
                                        )
16  _____   )

17

18        **IT IS HEREBY STIPULATED** by and between the parties to this action through their respective

19  counsel of record herein, Assistant United States Attorney Andrew L. Gradman, counsel for Plaintiff, and

20  Assistant Federal Defender Marc Days, counsel for Defendant, with no opposition from the Pretrial

21  Services Officer, that the conditions of pretrial release made at the bail review  hearing held August 24,

22  2012 and the Order Setting Conditions of Release signed by Magistrate Judge Sheila K. Oberto on

23  August 24, 2012 relating to defendant John G. Lara in the above-referenced matter may be modified,  as

24  follows:

25        1. Conditions Number 7(c) and (s) shall be and are hereby modified to allow defendant to work at

26  a job in Watsonville, California, under the direction of his employer, JC Paintings, during the week of

27  October 1, 2012 through October 7, 2012.  While working the job in Watsonville, CA., Defendant shall

28  reside at the residence where the job is occurring and is restricted to the residence.

    ///

1   Save and except as herein otherwise specifically modified, all remaining terms and conditions of

2   defendant's release as set out in the Order Setting Conditions of Release dated August 24, 2012, shall

3   remain in full force and effect until further order of the court.

4                                                    BENJAMIN B. WAGNER
                                                     United States Attorney

5

6   DATED:  September 24, 2012            By:  /s/  Andrew L. Gradman
                                                ANDREW L. GRADMAN
7                                               Assistant United States Attorney
                                                Attorney for Plaintiff

8

9                                                    DANIEL J. BRODERICK
                                                     Federal Public Defender

10

11  DATED:  September 24, 2012            By:   /s/  Marc Days
                                                MARC DAYS
12                                              Assistant Federal Defender
                                                Attorneys for Defendant
13                                              JOHN G. LARA

14

15                              **O R D E R**

16      **IT IS SO ORDERED.**  Conditions Number 7(c) and (s) of the Order Setting Conditions of

17  Release dated and entered August 24, 2012, shall be and are hereby modified to allow defendant to work

18  at a job in Watsonville, California, under the direction of his employer, JC Paintings, during the week of

19  October 1, 2012 through October 7, 2012.  Except as otherwise specifically modified herein, all remaining

20  terms and conditions of defendant's release as set forth in the Order Setting Conditions of Release dated

21  August 24, 2012, shall remain in full force and effect until further order of the court.

22

23  IT IS SO ORDERED.

24  **Dated:    September 25, 2012**            /s/ **Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

25

26

27

28

Stipulation and [Proposed] Order
to Modify Conditions of Release                2