1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defenders
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

Attorney for Defendant
JOHN G. LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:12-cr-00298 AWI-DLB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO MODIFY ) CONDITIONS OF RELEASE |
| v. | ) |
| JOHN G. LARA, | ) |
| Defendant. | ) Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their respective counsel of record herein, Assistant United States Attorney Kimberly Sanchez, counsel for Plaintiff, and Assistant Federal Defender Marc Days, counsel for Defendant, with no opposition from the Pretrial Services Officer, that the conditions of pretrial release made at the bail review hearing held August 24, 2012 and the Order Setting Conditions of Release signed by Magistrate Judge Sheila K. Oberto on August 24, 2012 relating to defendant John G. Lara in the above-referenced matter may be modified, as follows:

1. Condition Number 7(s) shall be and is hereby modified to eliminate location monitoring pending further order of the court in regard to that condition.

///

///

Save and except as herein otherwise specifically modified, all remaining terms and conditions of defendant's release as set out in the Order Setting Conditions of Release dated August 24, 2012, now in effect shall remain in full force and effect until further order of the court.

BENJAMIN B. WAGNER
United States Attorney

DATED: November 9, 2012     By: /s/ Kimberly Sanchez
                                KIMBERLY SANCHEZ
                                Assistant United States Attorney
                                Attorney for Plaintiff

                                DANIEL J. BRODERICK
                                Federal Public Defender

DATED: November 9, 2012     By: /s/ Marc Days
                                MARC DAYS
                                Assistant Federal Defender
                                Attorneys for Defendant
                                JOHN G. LARA

## **O R D E R**

**IT IS SO ORDERED.** Condition Number 7(s) of the Order Setting Conditions of Release dated and entered August 24, 2012, shall be and is hereby modified to eliminate location monitoring pending further order of the court in regard to that condition. Save and except as herein otherwise specifically modified, all remaining terms and conditions of defendant's release as set out in the Order Setting Conditions of Release dated August 24, 2012, now in effect shall remain in full force and effect until further order of the court.

IT IS SO ORDERED.

**Dated:　November 9, 2012**　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE