# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



APR - 9 2013

| United States of America | ) | |
| vs. | ) | Case No. 1:12-CR-00298-AWI-BAM-1 |
| John G. Lara | ) | |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____John G. Lara_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

Effective April 8, 2013, upon successful completion of inpatient drug treatment, vacate the conditions of release placing the defendant in the third party custody of WestCare California, Inc., and requiring his participation in residential substance abuse treatment. Add a condition of release requiring the defendant to participate in a cognitive behavioral treatment program, as directed by the Pretrial Services officer. Such program may include group sessions led by a counselor or participation in a program administered by the Pretrial Services officer.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4·5·13        _____  04/05/2013
Signature of Defendant   Date          Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                  4/8/13
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  4/8/13
Signature of Defense Counsel            Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on   4/8/13
[ ] The above modification of conditions of release is *not* ordered.

_____                  4/8/13
Signature of Judicial Officer           Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services